# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 139 MM 2021
:
             Respondent :
:
:
:
          v. :
:
:
DANIEL EUGENE HARBST, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 30 days.